B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Louisiana

In re Arthur Joseph Isbell
Melanie Ann Isbell, Case No. 21-10380

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Servis One, Inc. dba BSI Financial Servies
Name of Transferee

Mortgage Solutions of Colorado, LLC dba Mortgage Solutions Financial
Name of Transferor

Name and Address where notices to transferee should be sent:
1425 Greenway Drive, Suite 400
Irving, TX 75038

Court Claim # (if known): 10
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct #: 9781

Phone: 866-204-1023
Last Four Digits of Acct. #: 7720

Name and Address where transferee payments should be sent (if different from above):
314 S. Franklin Street P.O. Box 517
Titusville, PA 16354

Phone: 949-201-4287
Last Four Digits of Acct #: 9781

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Transferee/Transferee's Agent     Date: 12/21/21

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.